**Case No. 10−42264−kw**

**In re:**

| | |
|---|---|
| Dwane Ebbia Tyson | Mary Ellen Tyson |
| 636 E. 2nd. Street #B | 636 E. 2nd. Street #B |
| Salem, OH 44460 | Salem, OH 44460 |

**Social Security No.:**

xxx−xx−1743	xxx−xx−5668

# NOTICE OF DOCUMENTS TO BE FILED

    Pursuant to Federal Rule of Bankruptcy Procedure 1007(c), the following document(s) must be filed within 14 days of filing of the petition.

### Certificate Of Credit Counseling

### Payment Advices Received Sixty (60) Days Prior To Date Of Filing Petition

**Dated:** June 17, 2010
Form ohnb201

For the Court
Kenneth J. Hirz, Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0647-4          User: bfaun               Page 1 of 1          Date Rcvd: Jun 17, 2010
Case: 10-42264                Form ID: 201              Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 19, 2010.
db/db         +Dwane Ebbia Tyson,   Mary Ellen Tyson,   636 E. 2nd. Street #B,   Salem, OH 44460-2916

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2010**                     Signature:       *Joseph Speetjens*