FILED
U.S. BANKRUPTCY COURT
2010 JUN 29 PM 3:41
NORTHERN DISTRICT
YOUNGSTOWN, OHIO

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: * CASE NUMBER 10-42264
*
DWANE EBBIA TYSON and *
MARY ELLEN TYSON, * CHAPTER 7
*
*
Debtors. * HONORABLE KAY WOODS
*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ORDER FOR ATTORNEY PAM THEODOTOU TO APPEAR AND SHOW CAUSE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On June 16, 2010, Debtors Dwane Ebbia Tyson and Mary Ellen Tyson filed a voluntary petition for relief under Chapter 7 of Title 11, United States Code. Debtors' petition was filed electronically by Pam Theodotou, Esquire. Ms. Theodotou completed Disclosure of Compensation of Attorney for Debtor ("Disclosure of Compensation"), which provides that she agreed to accept $899.00 ("Fee") for her services, of which $899.00 remains as the "balance due," and that she has not agreed to share the Fee with any other person.

In the Disclosure of Compensation, Ms. Theodotou represents that the Fee does not encompass "[r]epresentation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof[.]" The first meeting of creditors, pursuant to 11 U.S.C. § 341, in this case is scheduled for August 10, 2010, at 1:30 p.m. Representation of debtors at the meeting of creditors (also known as the 341 Meeting) is an integral and important part of an attorney's representation of debtors in a bankruptcy proceeding. As a consequence, the Court questions whether the Fee

charged by Ms. Theodotou is excessive given the limited scope of her representation of the Debtors.

Accordingly, **PAM THEODOTOU** is **ORDERED TO APPEAR** before the Honorable Kay Woods, Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of Ohio, Nathaniel R. Jones Federal Building and United States Courthouse, 10 East Commerce Street, Third Floor, Youngstown, Ohio, 44503, on the 8th day of July, 2010, at 9:30 a.m., and then and there to show cause why she should not be (i) made to disgorge all or part of the Fee; and/or (ii) sanctioned.

**IT IS SO ORDERED.**

*/s/ Kay Woods*
**KAY WOODS**
**UNITED STATES BANKRUPTCY JUDGE**