UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In re:**
Dwane Ebbia Tyson
636 E. 2nd. Street #B
Salem, OH 44460

Mary Ellen Tyson

**Case Number:** 10–42264–kw

**Chapter:** 7

**Judge:** KAY WOODS

## ORDER TO APPEAR AND SHOW CAUSE

It appearing to the Court that the Debtor(s) failed to:

Debtor/Wife Failed To File Payment Advices Received Sixty (60) Days Prior To Date Of Filing Petition

WHEREFORE, counsel for the Debtor(s) and the Debtor(s) are ordered to appear at a hearing scheduled for **July 22, 2010** at **09:30 AM** at the Nathaniel R. Jones Federal Building & U.S. Courthouse, 10 East Commerce Street, Youngstown, Ohio 44503 and show cause why this case should not be dismissed for the failure(s) described above.

**FILING THE DOCUMENTS OR PAYING THE FILING FEE WILL NOT EXCUSE ATTENDANCE AT THIS HEARING.**

ENTERED PURSUANT TO ADMINISTRATIVE
ORDER NO. 04–03: KENNETH J. HIRZ,
CLERK OF COURT

**Date:** July 6, 2010
Form ohnb122

By: /s/ Betsy Faunda
Deputy Clerk